UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,
v.                                    Original Action Case No.:
                                        (M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH ORDER (DOC. 05)

Plaintiff, Bethune-Cookman University, Inc., by and through its undersigned counsel, hereby gives notice of its compliance with paragraph 3 of that certain Order (Doc. 05) entered herein on September 15, 2023. Plaintiff attaches hereto the documents confirming service of Doc. 05 upon Starks Enterprise, LLC d/b/a MTG Starks, LLC c/o Lavaughn Starks, Registered Agent, 5460 North Ocean Drive, Suite 12B, Riviera Beach, FL 33404 via registered email on September 15, 2023 as Exhibit A and via UPS overnight delivery on September 18, 2023 as Exhibit B. In addition, on September 15, 2023, Plaintiff delivered the Order to a process server to effectuate personal service on the registered agent.

Dated: September 21, 2023

                    Respectfully submitted,

*s/ Gregory W. Herbert*
Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson
Florida Bar No. 0105697
andersonst@gtlaw.com

**GREENBERG TRAURIG, P.A.**
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone No. (407) 420-1000

## CERTIFICATE OF SERVICE

I certify that on September 21, 2023, the foregoing was electronically filed with the Court by the CM/ECF system, which will send a notice to counsel of record.

*s/ Gregory W. Herbert*