# EXHIBIT B

**From:**        UPS <pkginfo@ups.com>
**Sent:**        Monday, September 18, 2023 9:52 AM
**To:**          Gonzalez, Samantha M. (LSS-ORL-LT)
**Subject:**     UPS Delivery Notification, Tracking Number 1Z0049R90195827314

**\*EXTERNAL TO GT\***



**Hello, your package has been delivered.**

**Delivery Date:**   Monday, 09/18/2023
**Delivery Time:**   9:48 AM
**Left At:**   OTHER–RELEAS

**Experience UPS My Choice® Premium Today**
Be in total control of how, when and where
your packages are delivered.

**Upgrade to Premium Now**

| Set Delivery Instructions | Manage Preferences | View My Packages |
|---|---|---|

### GREENBERG TRAURIG

**Tracking Number:**       1Z0049R90195827314

**Ship To:**              STARKS ENTERPRISE, LLC
5460 NORTH OCEAN DRIVE
SUITE 12B
C/O LAVAUGH STARKS, REGISTERED AGEN
RIVIERA BEACH, FL 334042503
US

**Number of Packages:**    1

**UPS Service:**           UPS Next Day Air®

**Package Weight:**        1.0 LBS

**Reference Number:**      172539.010100

1

© 2023 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email.

**Manage Your UPS My Choice Delivery Alerts**

**Review the UPS Privacy Notice**

**Review the UPS My Choice Service Terms**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z0049R90195827314

**Weight**

1.00 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

09/15/2023

**Delivered On**

09/18/2023 9:48 A.M.

**Delivered To**

RIVIERA BEACH, FL, US

**Left At**

Other

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 09/20/2023 10:19 A.M. EST