UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,
v.                                                                  Original Action Case No.:
                                                           (M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

**SUPPLEMENTAL NOTICE OF COMPLIANCE WITH ORDER (DOC. 05)**

Plaintiff, Bethune-Cookman University, Inc., by and through its undersigned counsel, hereby gives supplemental notice of its compliance with paragraph 3 of the Court's Order (Doc. 5). On September 21, 2023, Plaintiff filed its original Notice of Compliance with Order. (*See* Doc. 7.) Plaintiff now attaches hereto as Exhibit A the executed Proof of Service reflecting personal service on Starks Enterprise, LLC d/b/a MTG Starks, LLC c/o Lavaughn Starks, Registered Agent, 2180 1st Avenue, Morrow, GA 30260 on October 7, 2023. After numerous attempts were made to personally serve Ms. Starks, as Registered Agent, at the registered Florida address for Starks Enterprise, LLC, Plaintiff successfully served Ms. Starks the Court's Order (Doc. 5) and the Motion to Compel (Doc. 1) at her residence in Georgia.

1

Dated: October 10, 2023

          Respectfully submitted,

          *s/ Gregory W. Herbert*
          Gregory W. Herbert
          Florida Bar No. 0111510
          herbertg@gtlaw.com
          Stephen G. Anderson
          Florida Bar No. 0105697
          andersonst@gtlaw.com

          **GREENBERG TRAURIG, P.A.**
          450 S. Orange Avenue, Suite 650
          Orlando, Florida 32801
          Telephone No. (407) 420-1000

## **CERTIFICATE OF SERVICE**

I certify that on October 10, 2023 the foregoing was electronically filed with the Court by the CM/ECF system, which will send a notice to counsel of record.

          *s/ Gregory W. Herbert*