# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **9:23-MC-81205-XXXX**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **LAVAUGHN STARKS**
was recieved by me on  **10/04/2023:**

☒   I personally served the summons on the individual at **2180 1st Avenue, Morrow, GA 30260** on **10/07/2023 at 4:00 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   10/07/2023

_____
Server's signature

**Ronald Smith**
Printed name and title

**9012 Dawes Crossing**
**McDonough, GA 30252**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to LAVAUGHN STARKS with identity confirmed by subject saying yes when named. The individual accepted service by servee was on the lawn machine and stated put it on the bike in th garage. The individual appeared to be a black-haired black female contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: **0115663321**