# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-81205-MIDDLEBROOKS

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

vs.

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge William Matthewman to take all action required by law on Petitioner's Amended Motion to Compel (DE 18), filed November 30, 2023.

**SIGNED** in Chambers at West Palm Beach, Florida, this 6th day of December, 2023.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record