UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-81205-Middlebrooks/Matthewman

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## ORDER TO SHOW CAUSE TO NON-PARTY DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION BROWARD COUNTY CHAPTER, INC.

**THIS CAUSE** is before the Court upon Plaintiff Bethune-Cookman University, Inc.'s ("Plaintiff") Motion to Compel Non-Party Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc.'s Response to Subpoena ("Motion") [DE 18]. This matter was referred to the Undersigned by the Honorable Donald M. Middlebrooks, United States District Judge. *See* DE 19.

Accordingly, it is hereby **ORDERED** that Non-Party Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc. shall **SHOW CAUSE**, in writing, on or before **December 20, 2023**, why the subpoena attached hereto [DE 18-1] should not be enforced and Plaintiff's Motion granted. In this regard, Plaintiff shall serve a copy of this Order to Show Cause on Non-Party Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc. at the address listed on the subpoena—that is, c/o Johnnie Smith, Jr., Registered Agent, 1849 NW 111 Ave., Plantation, FL 33322.

Further, Plaintiff shall promptly file a Notice of Compliance with this service requirement on the docket in this case. And, the Clerk of Court is also **DIRECTED** to mail a copy of this Order to Non-Party Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc.; c/o Johnnie Smith, Jr., Registered Agent, 1849 NW 111 Ave., Plantation, FL 33322.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of December, 2023.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge