UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

     Plaintiff,

v.                                                                    Original Action Case No.:
(M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

     Defendants.

_____/

## PLAINTIFF'S AMENDED[1] NOTICE OF COMPLIANCE WITH ORDER [D.E. 20]

Plaintiff hereby files this Notice of Compliance with D.E. 20. The Order to Show Cause was served on nonparty, Dr. Mary McLeod Bethune Cookman Nat'l Alumni Ass'n, Broward County Chapter, Inc. ("Broward Chapter"), c/o Johnnie Smith, Jr., Registered Agent, 1849 NW 111th Ave., Plantation, FL on December 8, 2023. *See* Return of Service attached hereto as **Exh. A**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, the foregoing was filed via CM/ECF and served via email on all counsel of record in the Original Action and will be served via US mail on the registered agent for nonparty Broward Chapter.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
**s/Gregory W. Herbert**
Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson
Florida Bar No. 0105697
andersonst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
Telephone No. (407) 420-1000
*Counsel for Plaintiff*

---

[1] Amended as to title only.