## VERIFIED RETURN OF SERVICE

Job # LSU2023005920

**Client Info:**

GREENBERG TRAURIG, P.A. - GREGORY HERBERT, ESQ.
450 South Orange Avenue
SUITE 650
Orlando, FL  32801

**Case Info:**

**PLAINTIFF:**
BETHUNE-COOKMAN UNIVERSITY, INC.
 -versus-
**DEFENDANT:**
DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION,
INC., ET AL

DISTRICT COURT
County of Saint Lucie, Florida
Court Case # **23-MC-81205**

**Service Info:**

**Date Received:** 12/6/2023 at **01:22 PM**
**Service:** I Served **DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION BROWARD COUNTY CHAPTER, INC. C/O R.A. JOHNNIE SMITH ,JR.**
With: **ORDER TO SHOW CAUSE, MOTION TO COMPEL NON PARTY, EXHIBITS**
by leaving with **JOHNNIE SMITH, INDIVIDUALLY**

**At RESIDENCE 1849 NW 111 AVENUE PLANTATION, FL 33322**
Latitude: **26.146378**,   Longitude: **-80.296475**

On **12/8/2023** at **07:46 AM**
**Manner of Service: INDIVIDUAL SERVICE**
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description:  (Approx)**

Age: **48**, Sex: **Male**, Race: **Black**, Height: **5' 10"**, Weight: **170**, Hair: **Black** Glasses:  **No**

**Service was Attempted on:**

**(1) 12/6/2023** at **02:39 PM**, by **MIKHAEL GOLDGISSER** Loc: **1849 NW 111 AVENUE, PLANTATION, FL 33322**   Latitude: **26.148056**     Longitude:**-80.296759**
Notes: NO ANSWER AT DOOR, NO NOISE OR ACTIVITY, FEDEX PACKAGE ADDRESSED TO JOHNNY SMITH, FEMALE, SUBJECT ANSWERED ON THE INTERCOM AND SAID NO JOHNNY HERE, I ASKED IF SHE WAS HOME AND SHE DID NOT WANT TO COOPERATE AND STOP TALKING. SHE WAS NOT COOPERATING AND DID NOT WANT TO PROVIDE FURTHER INFORMATION.

**(2) 12/6/2023** at **05:32 PM**, by **MIKHAEL GOLDGISSER** Loc: **1849 NW 111 AVENUE, PLANTATION, FL 33322**   Latitude: **26.146561**     Longitude:**-80.296653**
Notes: NO ANSWER AT DOOR NO NOISE OR ACTIVITY INSIDE. NO CARS AROUND., ONE ROOM HAS LIGHT ON, FEDEX PACKAGE IS GONE, SOME PAVERS TAPED ON THE DOOR FOLDED.

**(3) 12/7/2023** at **11:43 AM**, by **MIKHAEL GOLDGISSER** Loc: **1849 NW 111 AVENUE, PLANTATION, FL 33322**   Latitude: **26.147949**     Longitude:**-80.296762**
Notes: NO ANSWER AT DOOR NO NOISE OR ACTIVITY INSIDE NO CARS, NOTICE ON DOORS GONE.

I ACKNOWLEDGE THAT I AM AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN THIS PROCESS WAS SERVED AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

EXHIBIT A




Job # LSU2023005920

_____
**MIKHAEL GOLDGISSER**
Lic # **SPS# 1556**

**LEGAL SERVE USA**
147 BRIDGEHAVEN DR
Palm Coast, FL 32137
Phone: (407) 559-5515

Our Job # **LSU2023005920**

<span style="color:red">EXHIBIT A</span>




2 of 2