UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.                                          Original Action Case No.:
                                                (M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## JOINT NOTICE RELATING TO PLAINTIFF'S MOTION TO COMPEL (D.E. 18)

    Pursuant to the Court's Order [D.E. 26], Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff"), together with nonparty Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc. (the "Broward Chapter"), by undersigned counsel, jointly and respectfully submit this Joint Notice.

    On December 21, 2023, the Court directed the parties to file a joint notice to update the Court on the status of the ongoing conferral relating to Plaintiff's Motion to Compel [D.E. 26], to advise the Court "whether there is any further dispute that requires Court resolution".

    The Broward Chapter produced a limited number of documents responsive to the Subpoena served upon it but as of the close of regular business hours today, January 4, 2024, had not yet produced documents responsive to Requests Nos. 4 or 5 in the Subpoena, which seek communications from September 2021 to the present between the Broward Chapter and Defendants related to: (a) "any request sent, received, or communicated by You or to You, regarding the removal, take down, revision or alteration of any communications, advertisements, logos, flyers, brochures, symbols, images, or any other content of any kind, online, electronically, relating to any claims in the Lawsuit ….;" and (b) financial transactions between the Broward Chapter and Defendants.

    Today, January 4, 2024 at 6:42 PM, counsel for the Broward Chapter emailed Plaintiff's counsel and sent a link to a supplemental production. Plaintiff has not yet had time to review the

supplemental production and to further confer with opposing counsel, if necessary, after reviewing the documents. Accordingly, the parties propose that they continue to meet and confer in good faith and file a supplemental joint notice to advise the Court of the status of any remaining issues, if any, no later than Tuesday, January 9, 2024.

Respectfully Submitted,

| | |
|---|---|
| *s/Gregory W. Herbert* | *s/Terry M. Sanks* |
| Gregory W. Herbert | Terry M. Sanks |
| Florida Bar No. 0111510 | Florida bar No. 0154430 |
| herbertg@gtlaw.com | tsanks@firstiniplaw.com |
| Stephen G. Anderson | BEUSSE SANKS, PLLC |
| Florida Bar No. 0105697 | 157 E. New England Avenue, Suite 375 |
| andersonst@gtlaw.com | Winter Park, FL 32789 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (407) 644-8888 |
| 450 S. Orange Avenue, Suite 650 | |
| Orlando, Florida 32801 | *Counsel for Nonparty Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc.* |
| Telephone No. (407) 420-1000 | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, a copy of the foregoing was uploaded to the Court's CM/ECF system which will notify and serve all counsel of record by electronic mail.

*s/Gregory W. Herbert*
Gregory W. Herbert
