UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

 Plaintiff,

v.               Original Action Case No.:
                 (M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

 Defendants.
_____/

## SUPPLEMENTAL JOINT NOTICE RELATING TO PLAINTIFF'S MOTION TO COMPEL (D.E. 18)

 Pursuant to the Court's Order [D.E. 28], Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff"), together with nonparty Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc. (the "Broward Chapter"), by undersigned counsel, jointly and respectfully submit this Supplemental Joint Notice.

 On January 5, 2024, the Court directed the parties to file a supplemental joint notice to update the Court on the status of the ongoing conferral relating to Plaintiff's Motion to Compel [D.E. 26], to advise the Court "of the status of any remaining issues pertaining to DE 18." The Broward Chapter produced certain documents responsive to the Subpoena on January 4, 2024. The parties have made efforts to meet and confer to attempt to address any remaining issues; however due to the impact of the impending storm and the resulting closure of Plaintiff's counsel's office and related school closures impacting counsel's staff, the parties respectfully seek additional time to confer in good faith and to attempt to resolve the remaining issues. Accordingly, the parties propose that they continue to meet and confer in good faith and file a supplemental joint notice to advise the Court of the status of any remaining issues, if any, after the Dr. Martin Luther King Day holiday, no later than Tuesday, **January 16, 2024**.

Respectfully Submitted,

| | |
|---|---|
| *s/Gregory W. Herbert* | *s/Terry M. Sanks* |
| Gregory W. Herbert | Terry M. Sanks |
| Florida Bar No. 0111510 | Florida bar No. 0154430 |
| herbertg@gtlaw.com | tsanks@firstiniplaw.com |
| Stephen G. Anderson | BEUSSE SANKS, PLLC |
| Florida Bar No. 0105697 | 157 E. New England Avenue, Suite 375 |
| andersonst@gtlaw.com | Winter Park, FL 32789 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (407) 644-8888 |
| 450 S. Orange Avenue, Suite 650 | |
| Orlando, Florida 32801 | *Counsel for Nonparty Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc.* |
| Telephone No. (407) 420-1000 | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, a copy of the foregoing was uploaded to the Court's CM/ECF system which will notify and serve all counsel of record by electronic mail.

*s/Gregory W. Herbert*
Gregory W. Herbert