UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-mc-81205-DMM

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.                                                                Original Action Case No.:
                                                                                           (M.D. Fla. 6:22-cv-0047-WWB-RMN)

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,
and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

**SECOND SUPPLEMENTAL JOINT NOTICE RELATING TO
PLAINTIFF'S MOTION TO COMPEL (D.E. 18)**

    Pursuant to the Court's Order [D.E. 30], Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff"), together with nonparty Dr. Mary McLeod Bethune National Alumni Association Broward County Chapter, Inc. (the "Broward Chapter"), by undersigned counsel, jointly and respectfully submit this Supplemental Joint Notice.

    On January 10, 2024, the Court directed the parties to file a second supplemental joint notice by January 16, 2024 to update the Court on the status of the ongoing conferral relating to Plaintiff's Motion to Compel [D.E. 29], and to advise the Court of the status of any remaining issues pertaining to Plaintiff's Motion to Compel [D.E. 18]. The parties have since tentatively agreed to mediate the underlying action on Friday, January 26, 2024, which might resolve the issues raised in the Motion to Compel. In view of this, the parties propose that they continue to meet and confer in good faith and file a supplemental joint notice to advise the Court of the status of any remaining issues, if any, no later than Friday, **February 2, 2024**.

Respectfully Submitted,

*s/Gregory W. Herbert*                        *s/Terry M. Sanks*
Gregory W. Herbert                          Terry M. Sanks
Florida Bar No. 0111510                 Florida bar No. 0154430
herbertg@gtlaw.com                         tsanks@firstiniplaw.com
Stephen G. Anderson                       BEUSSE SANKS, PLLC

| | |
|---|---|
| Florida Bar No. 0105697 | 157 E. New England Avenue, Suite 375 |
| andersonst@gtlaw.com | Winter Park, FL 32789 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (407) 644-8888 |
| 450 S. Orange Avenue, Suite 650 | |
| Orlando, Florida 32801 | *Counsel for Nonparty Dr. Mary McLeod Bethune* |
| Telephone No. (407) 420-1000 | *National Alumni Association Broward County Chapter, Inc.* |

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2024, a copy of the foregoing was uploaded to the Court's CM/ECF system which will notify and serve all counsel of record by electronic mail.

*s/Gregory W. Herbert*
Gregory W. Herbert
